```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WiAV Solutions Inc.,

                        Plaintiff,

       -against-

HTC Corp.,

                        Defendant.

-----------------------------------------------------------------X

18-cv-02595 (PGG) (KHP)

**ORDER SCHEDULING**
**STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    This case has been referred to me for general pretrial purposes and settlement.  (Dkt. No. 53.)  A status conference in this matter is hereby scheduled for **June 11, 2020 at 11:00 a.m.**

    The parties are directed to call Judge Parker's AT&T bridge line.  Please dial 866-434-5269 and use access code 4858267.

    **SO ORDERED.**

DATED:    June 1, 2020
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge