```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WiAV SOLUTONS INC.,

                Plaintiff,

    -against-

HTC CORP.,

                Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERENCE**

18-CV-2595 (PGG) (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic settlement conference in this matter is scheduled for **Tuesday, August 4, 2020 at 10:00 a.m.** The parties are directed to call Judge Parker's AT&T bridge line at the scheduled time. Please dial **866-434-5269** and use **access code 4858267**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 28, 2020 by 5:00 p.m.**

      SO ORDERED.

Dated: June 11, 2020
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge