USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WiAV SOLUTONS INC.,

                Plaintiff,

    -against-

HTC CORP.,

                Defendant.

----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

18-CV-2595 (PGG) (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Status Conference in this matter is hereby scheduled for **Wednesday, March 10, 2021 at 10:00 a.m.** The parties are directed to call Judge Parker's AT&T teleconference line at the scheduled time. Please dial **866-434-5269**, **access code 4858267**.

      **SO ORDERED**

Dated: January 27, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge