UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WiAV SOLUTONS INC.,

                Plaintiff,

    -against-

HTC CORPORATION,

                Defendant.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/19/2021

**ORDER**

18-CV-2595 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    Based on the parties' confusion noted in the parties' joint letter filed at ECF No. 105, the Court hereby orders the parties to file a joint status report by no later than **May 3, 2021**.

    **SO ORDERED.**

Dated: April 19, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge