UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WIAV SOLUTIONS INC., <br><br>      Plaintiff,<br>v.<br><br>HTC CORPORATION,<br><br>      Defendant. | **ORDER**<br><br>19 Civ. 4978 (PGG) (KHP) |
| WIAV SOLUTIONS INC., <br><br>      Plaintiff,<br>v.<br><br>HTC CORPORATION,<br><br>      Defendant. | 18 Civ. 2595 (PGG) (KHP) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Court having been advised that all claims asserted in these consolidated actions have been settled, it is ORDERED that the above-entitled actions are hereby dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of these actions to the calendar of the undersigned, in which event these actions will be restored.  The Clerk of Court is directed to close these cases.  Any pending dates and deadlines are adjourned <u>sine die</u>, and any pending motions are moot.

Dated: New York, New York
     September 12, 2024

                           SO ORDERED.

                               */s/ Paul G. Gardephe*
                           _____
                           Paul G. Gardephe
                           United States District Judge