

February 7, 2025

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
 for the Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *WiAV Solutions Inc. v. HTC Corp.,* 18-cv-2595 (S.D.N.Y.) ("*WiAV I*")
              *WiAV Solutions Inc. v. HTC Corp.,* 19-cv-4978 (S.D.N.Y.) ("*WiAV II*")

Dear Judge Gardephe:

      We represent the parties in the above-captioned actions. On September 12, 2024, the Court dismissed these actions in light of a settlement agreement reached before the Honorable Katharine Parker and gave the parties 30 days to notify the Court if the settlement was not consummated (*WiAV I,* ECF No. 123; *WiAV II*, ECF No. 134). Since then, the parties have sought and received several 30-day extensions.

      The parties have spoken again with Judge Parker and feel they are very close to an agreement. Accordingly, we respectfully request that the Court give the parties an additional 30 days to consummate the settlement.

                                                                        Respectfully,

| /s/ Michael M. Fay | /s/ Jonathan D. Pressment |
|---|---|
| Michael M. Fay | Jonathan D. Pressment |
| BOIES SCHILLER FLEXNER LLP | BAKER HOSTETLER LLP |
| 55 Hudson Yards | 45 Rockefeller Plaza |
| New York, NY 10001 | New York, NY 10111 |
| Tel.: 212-446-2300 | Tel.: 212-847-2835 |
| Email: mfay@bsfllp.com | Email: jpressment@bakerlaw.com |
| | |
| Counsel for Plaintiffs | Counsel for Defendant |